IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.   WDQ-14-0591** |
| | * | |
| **ANGELA BLYTHE** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ******* | | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

The United States of America, by and through its undersigned counsel, hereby files this motion to withdraw in the above-referenced case. Assistant United States Attorney David I. Sharfstein requests that his appearance be stricken from the above-referenced case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


_____/s/_____
David I. Sharfstein
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4991