**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 1:14-CR-591-WDQ** |
| **v.** | * | |
| | * | |
| **ANGELA M. BLYTHE** | * | |
| | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEAL**

Notice is hereby given that Angela M. Blythe, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on December 16, 2015.

The defendant requests that separate appellate counsel be appointed by the Fourth Circuit to represent her in this appeal.

Date: December 18, 2015

Respectfully submitted,

_____/s/_____

Andrew C. White (Fed. Bar No. 08821)
Silverman Thompson Slutkin & White, LLC
201 N. Charles Street, Suite 2600
Baltimore, MD 21201
awhite@mdattorney.com
(410) 385-2225 (T)
(410) 547-2432 (F)