IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANGELA M. BLYTHE,<br><br>Defendant. | Case No. 1:14-cr-00591-WDQ |

## MOTION TO STAY IMPRISONMENT PENDING APPEAL

Defendant Angela M. Blythe, by and through her undersigned counsel, and pursuant to Fed. R. Crim. P. 38, hereby moves the Court to stay her imprisonment pending the resolution of her appeal of the Court's final judgment entered on December 16, 2015. A memorandum of points and authorities in support of this motion and proposed order are filed herewith.

Dated: February 4, 2016

Respectfully submitted,

/s/
Andrew C. White (Bar No. 08821)
Andrew G.W. Norman (Bar No. 00242)
William N. Sinclair (Bar No. 28833)
Silverman|Thompson|Slutkin|White|LLC
201 N. Charles Street, Suite 2600
Baltimore, Maryland 21201
Tel: 410.385.2225
Fax: 410.547.2432
awhite@mdattorney.com
anorman@mdattorney.com
bsinclair@mdattorney.com

*Counsel for Defendant Angela M. Blythe*

1