

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Joyce K. McDonald* | *Suite 400* | *DIRECT: 410-209-4899* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Joyce.McDonald@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-3091* |

February 12, 2016

The Honorable Marvin J. Garbis
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

    Re:    United States v. Angela M. Blythe
            Criminal No. MJG-14-0591

Dear Judge Garbis:

    Trial counsel, appellate counsel and I have had an opportunity to confer regarding the schedule in the above-captioned case. We propose the following: (1) the government's response to defendant's motion to stay imprisonment pending appeal will be filed on or before February 18, 2016, (2) defendant's reply will be filed on or before February 25, 2016, (3) the defendant's self-surrender date to begin service of her sentence will be continued from February 22, 2016 until March 4, 2016.

    If you agree, please sign below and docket this letter as an order of the Court. Thank you.

                                          Very truly yours,

                                          Rod J. Rosenstein
                                          United States Attorney

                By:    ____/s/_____
                            Joyce K. McDonald
                            Assistant United States Attorney

## **ORDER**

    The Court accepts the schedule as proposed by the parties. The defendant's reporting date to the designated BOP facility is continued until March 4, 2016.

Date: _____        _____
                                                                  Marvin J. Garbis
                                                                  United States District Judge

cc:  Andrew C. White, Esq.
      Richard Vigil, Esq.