**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. JKB-14-591<br>Civil No. JKB-17-1756 |
| ANGELA M. BLYTHE. | |

## ORDER

Angela Mae Blythe, now known as Angela Mae Liller ("Petitioner"), moves the Court to vacate her sentence under 28 U.S.C. § 2255. (ECF No. 124.) The United States of America ("Government") responded in opposition to Petitioner's motion (ECF No. 140), and Petitioner replied (ECF No. 142). Both parties have filed supplemental materials with the Court. (ECFs No. 152, 156.) The Court will hold an evidentiary hearing on Petitioner's motion on February 14 and February 15, 2023.

Petitioner also moves for an accounting of the restitution and forfeiture amounts collected in this case and *United States v. Vansickle et al.*, Criminal No. CCB-14-71. (ECF No. 168.) The Court has the authority to order the requested accounting. *See United States v. Castellano*, No. 01-CR-30042-DWD, 2022 WL 1541686, at *5 (S.D. Ill. May 16, 2022) (granting motion for accounting where the movant was jointly and severally liable for a restitution judgment); *see also United States v. Yalincak*, 853 F.3d 629, 639 (2d Cir. 2017) ("[P]ersons subject to restitution orders are entitled to know, as they lead their lives and make economic decisions over the long duration

of restitution orders, the extent of their remaining restitution obligations."). The Government will be directed to respond to Petitioner's motion for an accounting by December 19, 2022.

Accordingly, it is ORDERED that:

1. An EVIDENTIARY HEARING is set in for February 14 and February 15, 2023 at 10:00 a.m. in Courtroom 5A. Petitioner must be present. The Government is directed to prepare notices and "come up" letters as appropriate.

2. The Government is DIRECTED to respond to Petitioner's motion for an accounting (ECF No. 168) by December 19, 2022.

DATED this 8 day of December, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge