IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELA M. BLYTHE,<br><br>Defendant. | Criminal No. JKB-14-591 |

## ORDER

The Government is directed to respond to Defendant's motion for accounting (ECF No. 195) on or before December 1, 2023.

DATED this 1st day of November, 2023.

BY THE COURT:

  /S/ JAMES K. BREDAR
James K. Bredar
Chief Judge